```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 00297
   THURMAN KIZER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5295

-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 01/08/2007 and was confirmed 08/06/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   11.21%.

      The case was dismissed after confirmation 09/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE SECURED NOT I  NOT FILED             .00            .00
AMERICAN GENERAL FINANCE NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO WATER DE SECURED NOT I     246.92             .00         246.92
WELLS FARGO FINANCIAL IL CURRENT MORTG       .00              .00            .00
ASPIRE                   FILED LATE        890.31             .00            .00
BENEFICIAL               SECURED NOT I  15267.66              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         412.08             .00            .00
WELLS FARGO FINANCIAL IL SECURED NOT I    1150.00             .00            .00
WELLS FARGO FINANCIAL IL MORTGAGE ARRE    3123.18             .00        3123.18
TARGET NATIONAL BANK     UNSECURED        2183.45             .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY         1144.11             .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED         215.40             .00            .00
HSBC BANK NEVADA/HSBC CA UNSECURED         257.79             .00            .00
MIDWEST VERIZON WIRELESS UNSECURED         550.00             .00            .00
JOYNER LAW OFFICE        DEBTOR ATTY     2,300.00                        2,300.00
TOM VAUGHN               TRUSTEE                                           429.90
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     6,100.00

PRIORITY                                                 .00
SECURED                                             3,370.10
UNSECURED                                                .00
ADMINISTRATIVE                                      2,300.00
TRUSTEE COMPENSATION                                  429.90
DEBTOR REFUND                                            .00
                          ---------------      ---------------
TOTALS                      6,100.00                6,100.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00297 THURMAN KIZER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE